UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x
                                                                       :
CRISTIAN SANCHEZ, *on behalf of himself and all*                       :
*others similarly situated*,                                           :
                                                                       :
                                        Plaintiff,                     :
          -against-                                                    :          ORDER
                                                                       :
INFINITY 1 INCORPORATED,                                               :          21 Civ. 3056 (GBD)
                                                                       :
                                        Defendant.                     :
                                                                       :
                                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

GEORGE B. DANIELS, District Judge:

In light of Plaintiff's notice that the parties have reached a settlement in principle, all

conferences and deadlines previously scheduled are adjourned *sine die*. Plaintiff shall submit a

stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: July 20, 2021
         New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE