**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

INFINITY 1 INCORPORATED,

                Defendant.



Case No. 1:21-cv-03056-GBD

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
            November 17, 2021

Respectfully submitted,

By: /s/ *Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.
Dated: NOV 18 2021